**Shelly H. Cozakos, ISB No. 5374**
PICKENS COZAKOS, P.A.
398 S. 9th Street, Suite 240
P.O. Box 915
Boise, Idaho 83701-0915
Telephone: 208.954.5090
Facsimile: 208.954.5099
shelly@pickenslawboise.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CMOORE HOLDINGS, LLC, an Idaho limited liability company,<br><br>*Plaintiff,*<br><br>vs.<br><br>FIVE MILE ESTATES SUBDIVISIONS, JOHN AND JANE DOES 1-25<br><br>*Defendants.* | Case No.<br><br>**VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff CMoore Holdings, LLC, an Idaho limited liability company, by and through its counsel of record, Shelly H. Cozakos, of the law firm Pickens Cozakos, P.A., and as a cause of action against the Defendants named below, alleges and complains as follows:

### I.   PARTIES, VENUE AND JURISDICTION

1. CMoore Holdings, LLC, Inc. is an Idaho limited liability company doing business in Boise, Ada County, Idaho ("CMoore Holdings" or "Company").

2. Defendant Five Mile Estates Subdivisions is a defunct home owner's association for the individuals residing in the Five Mile Estates West Subdivision in Boise, Ada County,

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 1

Idaho, with a legal description as follows: A Portion of the S 1/2  WE 1/4 Section 27, T.3.N., RIE.B.W. Ada County, Idaho (hereinafter referred to as the (Five Mile West Subdivision").

5.  John and Jane Does 1-25 are individuals who own residences located in the Five Mile West Subdivision. The identity of John and Jane Does 1-25 is unknown as they have purposely tried to withhold their names from Plaintiff.

6.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 as it is an action that arises under the laws of the United States.

7.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the Defendants reside in Boise, Ada County, Idaho and the causes of action associated herein arose in Boise, Ada County, Idaho.

## II.  FACTS COMMON TO ALL CLAIMS

8.  Plaintiff CMoore Holdings, LLC is the owner of real property located at 3940 S. Summerset Way in Boise, Ada County, Idaho ("the Property"). The Property is also located within the Five Mile West Subdivision.

9.  CMoore Holdings, LLC is owned solely by Caroline Moore, who resides in Boise, Idaho. Moore operates a business known as Bright Star Care Boise, LLC, an Idaho limited liability company, which provides in-home care to seniors who need assistance, including seniors who need assistance with activities of daily living ("ADL's") because of a physical or mental impairment.

10. The Property was purchased by CMoore Holdings in October of 2017 for the purpose of operating a small, senior residential assisted living facility (hereinafter referred to as a "Senior Residential Assisted Living Facility") that provides in-home care to seniors who require assistance with ADL's because of a physical or mental impairment.

11. Since purchasing the Property, CMoore Holdings has obtained a permit ("Ada County Permit") from Ada County Development Services, Building Division (hereinafter "Ada County"), which grants CMoore Holdings the right to remodel the Property for use as a Residential Assisted Living Facility. A copy of the Ada County permit is attached hereto as Exhibit A.

12. The Ada County permit was issued partly on the basis that the proposed use of the Senior Residential Assisted Living Facility meets the definition of a family residence under the Ada County building code and Idaho law.

Ada County's decision also upholds Idaho's prohibition against zoning laws that restrict persons with disabilities or the elderly from living in a home with up to eight unrelated persons in a group home setting, which is defined as a "residential use of such property for the purposes of local zoning." Idaho Code Section 67-6530 (2017).

13. CMoore Holdings has invested thousands of dollars thus far in starting the remodel of the Property in conformance with the Ada County permit to make it a comfortable and suitable environment for its residents as an assisted living home.

This is consistent with Idaho's acknowledgement of the need for homelike residential care for individuals with disabilities, including the elderly and those with dementia, codified at Idaho Code Section 39-3304, to provide residents with the opportunity for "normalized and integrated living in typical homes in neighborhoods and communities."

14. On October 22, 2017, Moore received an email from Five Mile Estates, a collective group of homeowners in Five Mile Estates Subdivision. In the email the homeowners object to the operation of the Senior Residential Assisted Living Facility by CMoore Holdings in the Five Mile Estates Subdivision for several reasons, and assert that the Senior Residential Assisted Living

Facility is in violation of the Protective Covenants and Restrictions ("CC&R's") for Five Mile Estates West Subdivision because it is not a residential use as defined therein. A copy of the email is attached as Exhibit B.

15. Moore has also received several phone calls from unidentified residents of Five Mile Estates Subdivision, some of whom threatened to file a lawsuit to stop the opening of the Senior Residential Assisted Living Facility.

16. Article I of the CC&R's is titled "Property Use Restrictions" and contains purported restrictions in Section 1, Land Use, as follows:

> Section 1. Land Use. All of the lots in said subdivision shall be known and described as residential lots, and said lots or any part thereof, shall not be used for commercial purposes, but the use of said lots shall be limited and restricted to single family dwellings which shall not exceed two stories in height and an attached or semi-detached private garage for not more than four cars or vehicles . . .

(CC&R's, p. 2, Ex. C.)

17. CMoore's development of the property, consistent with Ada County's requirements as outlined in the Ada County permit, and consistent with Idaho law, is a residential use and should be upheld as such.

18. CMoore Holdings seeks a declaratory judgment that the above restrictions in the CC&R's violate the The Federal Fair Housing Act ("FFHA"), 42 U.S.C. § 3601, which prohibits discrimination against handicapped individuals "in the sale…rental, or to otherwise make unavailable or deny, a dwelling" to a handicapped individual by refusing to "make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling." 42 U.S.C. § 3604(f)(1) and (3)(B).

19. The elderly residents of the Senior Residential Assisted Living Facility to be operated by CMoore Holdings have a "handicap," which is defined in the FFHA as having "a physical or mental impairment which substantially limits one or more of such person's major life activities," which includes caring for one's self, performing manual tasks, walking, seeing hearing, breathing, learning and working. 42 U.S.C. § 3602.

20. The FFHA prohibits discrimination against handicapped individuals, and any use of the CC&Rs to try and deny the elderly residents occupancy of the Property is a violation of the FFHA.

21. CMoore Holdings seeks a declaratory judgment that Section 1, Article 1 of the CC&R's violates the FFHA, 42 U.S.C. § 3604(f)(1) and (3)(B), to the extent it seeks to ban the Residential Assisted Living Facility being constructed by CMoore Holdings.

## COUNT ONE

22. Plaintiff incorporates the above paragraphs as if set forth in full.

23. Due to the actual, existing and material controversy between Plaintiff and Defendants, Plaintiff is entitled to an order from this Court setting the controversies in Plaintiff's favor in accordance with the Federal Declaratory Relief Act, 22 U.S.C. § 2201 *et seq*.

24. Plaintiff is specifically entitled to a declaratory order finding that Section 1, Article 1 of the CC&R's violates the FFHA, 42 U.S.C. § 3604(f)(1) and (3)(B), to the extent it seeks to ban the Residential Assisted Living Facility being constructed by CMoore Holdings; and (b) any attempts by Defendants to stop the construction or opening of the Residential Assisted Living Facility constitutes discrimination in violation of the FFHA.

### III. ATTORNEY'S FEES

25. As a result of Defendant's conduct, Plaintiff has been required to retain the services of Pickens Cozakos, P.A. and is thereby entitled to recover attorneys' fees and costs incurred in the pursuit of this matter. The sum of $5,000.00 is a reasonable attorneys' fee in the event this matter is uncontested and taken by default.

### IV. PRAYER FOR RELIEF

WHEREFORE, CMoore Holdings respectfully prays that the Court grant relief to Plaintiff as follows:

(1) Section 1, Article 1 of the CC&R's for Five Mile West Subdivision violates the Federal Fair Housing Act, 42 U.S.C. § 3604(f)(1) and (3)(B), to the extent it seeks to ban a residential assisted living facility for seniors who are handicapped and need assistance with the activities of daily living;

(2) any attempts by Defendants to stop the construction or opening of the approved residential assisted living facility constitutes discrimination in violation of the FFHA;

(3) an award of reasonable costs and attorney's fees; and

(4) such other and additional relief to Plaintiff as the Court deems just and proper.

DATED this 18th day of January 2018.

PICKENS COZAKOS, P.A.

By  /s/ Shelly H. Cozakos
Shelly H. Cozakos, Of the Firm
*Attorneys for Plaintiff CMoore Holdings, LLC*

## VERIFICATION

STATE OF IDAHO   )
                 : ss
County of Ada    )

Caroline Moore, being first duly sworn, deposes and says:

That she is the Plaintiff in the above-entitled matter, she has read the foregoing, she knows the contents thereof, she believes that facts stated therein to be true to the best of her knowledge and belief, and executed the same.

_____
Caroline Moore, Managing Member and Owner
CMoore Holdings, LLC

SUBSCRIBED AND SWORN To before me this 18th day of January, 2018.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My Commission Expires: 9/19/2022

COMPLAINT FOR DECLARATORY JUDGMENT

**EXHIBIT A**

| | | |
|---|---|---|
| ADA COUNTY DEVELOPMENT SERVICES | | **BUILDING PERMIT** |
| BUILDING DIVISION | | 1701587-BP |
| 200 W. FRONT ST | | |
| BOISE, IDAHO 83702 | | |
| (208) 287-7900 | | |

The undersigned hereby applies for a permit for the work herein indicated or as shown and approved in the accompanying plans and specifications.

| | | |
|---|---|---|
| OWNER: CMOORE HOLDINGS LLC | Accessibility Fee | $141.00 |
| 4355 W EMERALD ST STE 290 | Energy Code Fee | $141.00 |
| BOISE ID 83706 | Permit Fee | $868.00 |
| | Plan Review Fee | $564.00 |
| | Total Fee: | $1,714.00 |

APPLICANT: BILL GARRETT CONSTRUCTION - (208) 938-9348

CATEGORY: <u>C07</u>   PERMIT DESC: <u>Complete remodel of the existing dwelling to a Residential Assisted Living Facility AND a 225 sq. ft. residential addition for a new sunroom</u>

PARCEL: <u>R2847270020</u>   ADDRESS: <u>3940 S SUMMERSET WAY Boise 83709</u>

SUB: LOT: <u>19</u>   BLOCK: <u>2</u>   SUBDIVISION: <u>FIVE MILE ESTATES WEST SUB NO 08</u>

SQUARE FOOTAGE: TOTAL SQ FT: <u>3748</u>   OCCUPANCY:   BLDG TYPE:   LAND USE ZONES:

Finished Sq Ft   <u>3748</u>   <u>R-4</u>   <u>VB</u>   <u>R2</u>

DIM STANDS / SETBACKS:
| | | |
|---|---|---|
| Max Height | <u>35</u> | FT |
| Front SetBack on Minor Street | <u>25</u> | FT |
| Rear SetBack Standard | <u>20</u> | FT |
| Side SetBack Standard | <u>5/Story</u> | FT |

FILE #:   ZONING CERTIFICATE: <u>201700917-ZCERT_A</u>

FLOOD ZONE:   FP FILE #:

This permit is for construction of a specific building or structure located on a specific parcel of land regardless of ownership or contractor and is not transferable to any other parcel of land. The work authorized by this permit shall be done in accordance with the approved plans, the Ada County Building Code Ordinance and the Ada County Zoning Ordinance. This permit does not authorize any violation of any other local, state or federal law. This permit expires and becomes null and void: upon completion of the work, or if the work is abandoned, or if no inspections are requested for 180 days, or three years from the date of issuance. An Ada County Development Services Certificate of Occupancy is required prior to any use or occupancy of this building or structure. Utility disconnection is authorized for any use or occupancy of this building or structure prior to an Ada County Development Services Certificate of Occupancy being issued.

Date 1-11-18   _[signature]_ Tracey A. Garrett   (208) 938-9348
APPLICANT OR AGENT   PHONE

Permission for the electric service provider to connect permanent electric services is granted in accordance with IDAPA 07.01.04 regulations.

**EXHIBIT B**

**From:** FiveMile Estates <fivemileestatesboise@gmail.com>
**Date:** October 22, 2017 at 9:40:46 AM MDT
**To:** shelly.sun@brightstarcare.com,
jayson@brightstarcare.com, caroline.moore@brightstarcare.com
**Cc:** bocc1@adaweb.net, markf@adaweb.net,
sharon.maguire@brightstarcare.com, thom.gilday@brightstarcare.com
**Subject: 3940 Summerset Way Boise ID - Construction on Bright Star Memory Care Facility Begun Without Building Permits**

Mrs Sun, Mr Pearl and Mrs Moore:

Recently, our SW Boise Idaho neighborhood indirectly became aware of the efforts of Bright Star Care Boise to install a 10 patient nursing home facility in our residential neighborhood, by converting an existing single family dwelling residential home at 3940 Summerset Way, Boise ID (photo attached). Construction was begun this week by contractors. The proposed facility would be a 24 hour operation, with 2 caregivers on-site. There was no direct notification sent to neighbors of this proposed facility.

While we appreciate the efforts to create quality care for elderly, we don't believe our R-2 low density neighborhood is appropriate for a memory care facility and commercial business, nor will it create quality care for those in need of assisted living. There will likely be patient safety, fire code, public safety, parking, noise conflicts, building code, emergency responder access issues and other challenges with a commercial business of this type co-located in a residential neighborhood. In addition, arranging for 10 patients and 2 caregivers in a single family home raises significant concerns about patient quality of life, as it will be a very constricting living arrangement. Single family homes built in the 1970s were not designed to house 10 memory care patients and we believe it will not be possible to make this proposed facility compliant with current fire, electrical or building codes (e.g. 2000 Life Safety Code). A facility of this type is not in compliance with the Five Mile Estates CC&Rs (attached). Overall, it is a small facility for

this many patients, with potentially inadequate designs for safety (e.g. fire, emergency, access, sewer, electrical, parking, water, medical and other infrastructure).

When Ada County Development Services and Permitting was contacted on 10/18, there was no record of permits for this type of facility at this address. The owner/manager of this franchise appeared to initially not be pursuing a conditional use permit (as required for a 10 bed facility per Ada County Development Services) as site construction has already started, including demolition activities. There was no public meeting or signage, also required by local zoning laws for this size of a facility. **This Friday, the proposed facility was issued a Notice of Violation and Stop Work order by Ada County Building Division.**

The neighborhood is deeply concerned about the proposed assisted living facility of this size and Bright Star proceeding with this proposed facility without appropriate approvals. Please inform your franchise to stop efforts to create a commercial business in our neighborhood, and consider many of the open lots in the area that would be zoned and suited for this type of facility. There are a large amount of available lot and facilities in the SW Boise area that allow for an appropriate buffer, less density and less potential conflict. Additionally, the ability to build a new facility reduces code compliance issues and increases both patient and public safety. Lastly, we dont believe our elderly population should have to live in an overcrowded environment with 11 other people in a single family home that lacks adequate infrastructure and building code requirements.

Sincerely,
Five Mile Estates and Summerset Way Residents